IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM H. MACK, JR.,

    Plaintiff,

v.                                                    CASE NO. 1:11cv161-MP-GRJ

CITY OF HIGH SPRINGS, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 28, 2011. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed[1], I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE and ORDERED** this 19th day of January, 2012.

                                                        s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court reviewed plaintiff's document titled "Objection(s) to the Report and Recommendations and Supplemental Supporting Documents"; however, this document contained no specific objections to the findings set forth in the Report and Recommendation, but rather appeared to be a supplemental complaint merely restating plaintiff's allegations.